1 ANDRÉ BIROTTE JR.
United States Attorney
2 LEON W. WEIDMAN
Assistant United States Attorney
3 Chief, Civil Division
ANN L. MALEY, CSBN 176877
4 Special Assistant United States Attorney
       Social Security Administration
5       333 Market Street, Suite 1500
       San Francisco, California 94105
6       Telephone: (415) 977-8974
       Facsimile: (415) 744-0134
7       E-Mail: Ann.Maley@ssa.gov

8 Attorneys for Defendant

9                UNITED STATES DISTRICT COURT
               CENTRAL DISTRICT OF CALIFORNIA
10                   EASTERN DIVISION

11

12 LUIS E. MARTINEZ,                )
                                    )   **No. ED CV 09-2328 AJW**
13        Plaintiff,                )
                                    )   **JUDGMENT**
14        v.                        )
                                    )   **Court:    Hon. Andrew J. Wistrich**
15 MICHAEL J. ASTRUE,               )   **           U.S. Magistrate Judge**
   Commissioner of Social Security, )
16                                  )
                                    )
17        Defendant.                )
                                    )
18  _____)

19        The Court having approved the parties' Stipulation to Voluntary Remand

20 Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment

21 ("Stipulation to Remand") lodged concurrent with the lodging of the within Judgment

22 of Remand, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the

23 above-captioned action is remanded to the Commissioner of Social Security for

24 further proceedings consistent with the Stipulation of Remand**.**

25        9/22/2010

26 DATED: _____    _____
                             ANDREW J. WISTRICH
27                           UNITED STATES MAGISTRATE JUDGE

28